UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No.  2:23-cv-00059-CKD P<br><br><br>ORDER |

Plaintiff filed a notice of election indicating his desire to file an amended complaint. ECF No. 10. Therefore, the court will grant plaintiff a period of 30 days from the date of this order in which to file a first amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order in which to file a first amended complaint.

2. Failure to file an amended complaint within the time provided shall result in a recommendation that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

/////

/////

1

Dated: July 11, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mund0059.36.election