UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SACRAMENTO, et al.,<br><br>   Defendants. | No. 2:23-cv-0059 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file objections to the court's May 29, 2024, findings and recommendations and to submit the documents necessary to effect service of process on defendants. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 17) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the court's May 29, 2024, findings and recommendations and submit the documents necessary to effect service of process on defendants.

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: June 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly/mund0059.36