UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No. 2:23-cv-00059-TLN-CKD P<br><br><br><br>ORDER |

    Plaintiff has filed a motion asking that the court compel certain parties and other entities to provide plaintiff with documents. That motion will be denied as discovery in this action has not commenced. After all parties are served the court will provide instructions and deadlines with respect to discovery.

    Plaintiff also requests leave to amend his pleadings without pointing to anything suggesting amendment is appropriate at this stage. That motion will be denied as well.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 19) is denied.

2. Plaintiff's motion for leave to amend his pleadings is denied.

Dated: July 3, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mund0059.mtc