UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY, | No. 2:23-cv-0059 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed June 27, 2024, the United States Marshal was directed to serve process on defendants in this action, including defendant Asa Hambly. On September 11, 2024, the United States Marshal returned service unexecuted on defendant Hambly because said individual is deceased. In light of the suggestion of Hambly's death upon the record, the Clerk of the Court will be directed to serve a copy of the USM-285 form returned by the Marshal on plaintiff together with a copy of this order. Service of said form will invoke the ninety-day time limit for filing a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1). If no motion for substitution is filed within ninety days, the court will recommend that Hambly be dismissed.

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve on plaintiff forthwith a copy of the USM-285 form returned by the United States Marshal on September 11, 2024 (ECF 29), together with this order.

Dated:  October 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mund0059.dea