UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY, | No. 2:23-cv-0059 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983. He asks for an extension of time to conduct discovery. As plaintiff has already been informed, discovery has not commenced in this case. Typically, discovery begins after all defendants that have not been dismissed appear. That has not occurred here. The court will inform the parties when the discovery window opens. Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an extension of time to conduct discovery (ECF No. 44) is denied.

Dated:  11/08/24

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mund0059.ed