UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-0059 TLN CKD P<br><br><br><br>ORDER |

　　　Plaintiff has filed a motion asking that this matter be stayed for ninety days because of his health.  The motion will be denied, but the court will extend pending deadlines.

　　　Accordingly, IT IS HEREBEY ORDERED that:

　　　1.  Plaintiff's motion for a stay (ECF No. 46) is denied.

　　　2.  The deadlines for plaintiff to provide the court with additional information to serve defendants Holt and Kroner (see ECF No. 40) and to file a motion to substitute with respect to defendant Hambly (see ECF No. 41) are extended to February 17, 2025.

Dated:  December 17, 2024

　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
mund0059.ed