UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:23-cv-0059-TLN-CKD<br><br>**ORDER** |

Plaintiff Stanley W. Mundy ("Plaintiff") a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 6, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.[1]

/////

---

[1] In his objections, Plaintiff blames California Department of Corrections and Rehabilitation (CDCR) officials for not providing Plaintiff with addresses for Defendants Susan Kroner and J. Holt. Those defendants are not CDCR employees, so it is not clear how CDCR officials would have access to their addresses.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the
3 Court finds the findings and recommendations to be supported by the record and by proper
4 analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1. The findings and recommendations (ECF No. 53) are adopted in full;

7    2. Defendants Susan Kroner and J. Holt are dismissed;

8    3. Plaintiff's motion for substitution (ECF No. 51) is DENIED; and

9    4. Defendant Asa Hambly is dismissed.

10   IT IS SO ORDERED.

11   **Date: June 17, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2