UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY, | No.  2:23-cv-0059 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| CITY AND COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff has requested more time to conduct discovery.  The deadline to serve discovery requests was August 26, 2025 (ECF No. 57 at 5), and plaintiff has not shown good cause why his request to extend that deadline was not submitted before it expired.  As for depositions, plaintiff's request for additional time is timely and appears justified so that deadline will be extended.

Defendants have filed a motion asking that plaintiff be compelled to respond to interrogatories and requests for production of documents.  The motion was filed on November 25, 2025, even though the deadline to file motions to compel was October 24, 2025.  Defendants have not shown good cause for filing their motion late or not seeking an extension of deadline for filing motions to compel before it passed.  Accordingly, their motion will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time to conduct discovery (ECF No. 60) is GRANTED IN PART AND DENIED IN PART as follows;

A.  Plaintiff is granted thirty days within which to notice any depositions.  The depositions must be complete by April 1, 2026.  Any motion to compel as to the depositions must be filed no later than April 15, 2026.

B.  The motion for an extension of time to conduct discovery is denied in all other respects.

2.  Defendants' motion to compel (ECF No. 61) is DENIED.

3.  The deadline for filing pretrial motions is extended to May 1, 2026.

4.  Defendants' motion to vacate the dispositive motion deadline (ECF No. 62) is DENIED.

Dated:  January 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mund0059.dext